UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| NORMA ALVARADO,<br><br>                Plaintiff(s),<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a limited liability company; MICHAEL COX; and DOES 1 to 25,<br><br>                Defendant(s). | Case No.: 5:20-cv-00040-JLS-SHK<br><br>[*San Bernardino County Superior Court Case No.: CIVDS1906593*]<br><br>**ORDER RE STIPULATION TO REMAND REMOVED ACTION** |

**O R D E R**

On January 14, 2020, the Parties to the above-captioned Action filed a Stipulation to Remand Removed Action. The Court, having reviewed that Stipulation, ORDERS as follows:

1. The Parties Stipulation to Remand Removed Action is APPROVED;

2. Central District of California – Eastern Division case number 5:20-cv-00040-JLS-SHK styled <u>Norma Alvarado v. Lowe's Home Centers, LLC, et al.</u> is hereby REMANDED to the San Bernardino County Superior Court.

IT IS SO ORDERED,

Dated: January 22, 2020

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE